# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00661-CV

**Stephini Candella, Appellant**

**v.**

**Timothy Ortner, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-002545, THE HONORABLE KEVIN DAN HENDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on December 3, 2025. On January 2, 2026, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by January 12, 2026 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed: March 13, 2026